IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHEVRON CORPORATION,

        Petitioner,                               CIVIL NO.  10-MC-21JH/LFG

To Issue Subpoenas For the
Taking of Depositions and the
Production of Documents.

<u>Consolidated with</u>

In Re Application of
RODRIGO PEREZ PALLARES,
an Ecuadorian citizen, and
RICARDO REBS VEGA,
an American citizen,

        Petitioners.                              CIVIL NO.  10-MC-22 J/LFG

for an Order to Conduct Discovery
for Use in Foreign Proceedings.

## **ORDER GRANTING EXTENSION OF TIME**

THIS MATTER is before the Court on an emergency letter request by Respondents to extend the time for production of the documents currently due by 5:00 p.m. on September 13, 2010.

The Court extends the time for production of these documents, including the claimed attorney-client privileged documents, to 12:00 midnight on September 13.

IT IS SO ORDERED.

                                                        _Lorenzo F. Garcia_
                                                        Lorenzo F. Garcia
                                                        United States Magistrate Judge