IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHEVRON CORPORATION,

        Petitioner,                CIVIL NO.  10-MC-21JH/LFG

To Issue Subpoenas For the
Taking of Depositions and the
Production of Documents.

<u>Consolidated with</u>

In Re Application of
RODRIGO PÉREZ PALLARES,
an Eduadorian citizen, and
RICARDO REIS VEIGA,
an American citizen,

        Petitioners.               CIVIL NO.  10-MC-22 JH/LFG

for an Order to Conduct Discovery
for Use in Foreign Proceedings.

## **ORDER OF DISMISSAL**

THIS MATTER is before the Court *sua sponte*.  On November 10, 2010, the Court sent a letter to counsel of record in this case, noting that in both of the consolidated cases the applicants' request to engage in discovery had been resolved, and inquiring whether there is any further need to maintain these consolidated cases as active files.

Counsel for Applicant Ricard Reis Veiga responded on behalf of all counsel and reported to the Court that there is nothing further that the parties need from the Court at this time, and the two cases may be closed.

IT IS THEREFORE ORDERED that these consolidated cases are hereby dismissed without prejudice.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE